### GOODWIN *v.* GOODWIN.

GILBERT, J. This is a suit by the wife for divorce and alimony. The petition alleges that the separation was caused by the conduct of the husband. No question of the allowance of attorney's fees is involved. On the hearing for temporary alimony the court ruled adversely to the petitioner. *Held,* that under the evidence the court did not abuse his discretion. *Judgment affirmed. All the Justices concur.*

No. 5041. MARCH 9, 1926.

Application for alimony. Before Judge Franklin. Richmond superior court. July 11, 1925.

*Paul T. Chance,* for plaintiff.

*Sam F. Garlington,* for defendant.

Divorce, 19 C. J. p. 249, n. 46.